**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KATIE A. SPIEGLER,** | ) | **CASE NO.  1:20 CV 57** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **FIRSTCREDIT INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has been advised by counsel that the parties have settled this case.

Accordingly, the case is dismissed with prejudice, each party to bear its own costs.  Notice by

the Clerk of Courts being hereby waived.  The telephonic status conference scheduled on April

2, 2020 is CANCELLED.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**


  _/s/ Dan A. Polster    April 1, 2020_
**Dan Aaron Polster**
**United States District Judge**